IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REPUBLIC FIRST BANK,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | NO.: 10-cv-1009 |
| v. | : | |
| | : | |
| **STEPHEN S. JEMAL and** | : | |
| **SHARON JEMAL,** | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **REPUBLIC FIRST BANK,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | NO.: 10-cv-1768 |
| v. | : | |
| | : | |
| **SSJ DEVELOPMENT OF CAPE MAY LLC** | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| **REPUBLIC FIRST BANK,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | NO.: 10-cv-1769 |
| v. | : | |
| | : | |
| **SSJ DEVELOPMENT OF CAPE MAY COUNTY LLC** | : | |
| Defendant. | : | |

**O R D E R**

AND NOW, this 14th day of September, 2011, after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, and any objections filed thereto, **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**.

2. Defendants Stephen S. Jemal's and Sharon Jemal's Motion to Open and/or Strike

Confessed Judgment and Motion for Stayed Execution is **DENIED**;

3. Defendant SSJ Development of Cape May LLC's Motion to Open and/or Strike Confessed Judgment and Motion for Stayed Execution is **DENIED**;

4. Defendant SSJ Development of Cape May County LLC's Motion to Open and/or Strike Confessed Judgment and Motion for Stayed Execution is **DENIED.**

5. The Court having concluded the amount of the confessed judgment may need to be reformed to accurately reflect the amount of remaining indebtedness owed to Plaintiff Republic First Bank, and to reflect reasonable attorneys' fees, **IT IS ORDERED THAT** a hearing for the limited purpose of receiving evidence and argument on those issues will be scheduled by separate order. The Court will thereafter modify the judgments, if necessary, by separate order.

6. **IT IS FURTHER ORDERED THAT** execution on the confessed judgment is **STAYED** until the Court conducts the hearing to which reference is made in this Order and modifies the confessed judgments, if necessary, to accurately reflect the amounts of Defendants' remaining indebtedness to Republic First Bank, and to provide for reasonable attorneys' fees

BY THE COURT:

_____
C. DARNELL JONES, J.